ELECTRO BLEACHING GAS COMPANY and
  Wallace & Tiernan Co., Inc., Appellees, v.
  VILLAGE WATER COMPANY, Appellant.

ELECTRO BLEACHING GAS COMPANY and
  Wallace & Tiernan Co., Inc., Appellees, v.
  SCOVILL MANUFACTURING COMPANY,
  Appellant.

Nos. 80, 81.

Circuit Court of Appeals, Second Circuit.

Dec. 8, 1930.

B. W. Henderson, of New York City, for appellants.

Wood, Molloy & France, of New York City (Loren N. Wood, of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

The questions raised by these appeals are the same as those considered in Wallace & Tiernan, Inc., against the City of Syracuse, 45 F.(2d) 693, handed down herewith.

The decrees are reversed, and the causes remanded for further proceedings in conformity with the opinion in that case.